AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Hon. Loretta E. Lynch, Esq.

was received by me on *(date)* 01/31/2014 .

☒ I personally served the summons on the individual at *(place)* 271 Cadman Plaza East

Brooklyn NY 11201 on *(date)* 01/31/2014 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.


Date: 01/31/2014

_____
Server's signature

Thomas Galpine
_____
Printed name and title


53 Norway Ave, Staten Island, NY, 10305
_____
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| | | |
|---|---|---|
| DANIEL A. LORBER | ) | CV 14 - 00675 |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| U.S. DEPARTMENT OF THE TREASURY | ) | SCANLON, M.J. |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  U.S. DEPARTMENT OF THE TREASURY
1500 PENNSYLVANIA AVE NW WASHINGTON D.C. 20220

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  DANIEL A. LORBER
53 NORWAY AVE
STATEN ISLAND NY 10305

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____01/31/2014_____          _____
*Signature of Clerk or Deputy Clerk*



**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20220

| | | |
|---|---|---|
| Postage | $ $0.49 | 0354 |
| Certified Fee | $3.30 | 24 |
| Return Receipt Fee (Endorsement Required) | $2.70 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $6.49 | 01/01/2014 |

Sent To
Jacob Lew, US Dept of Treasury
Street, Apt. No.; or PO Box No.
1500 Pennsylvania Ave, NW
City, State, ZIP+4
Washington DC 20220

PS Form 3800, August 2006          See Reverse for Instructions

7013 2250 0001 5556 7434



**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20530

| | | |
|---|---|---|
| Postage | $ $0.49 | 0354 |
| Certified Fee | $3.30 | |
| Return Receipt Fee (Endorsement Required) | $2.70 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $6.49 | 01/31/2014 |

Sent To
Eric Holder, Esq., Attorney General, US
Street, Apt. No.; or PO Box No.
Constitution Ave & 10 St, NW
City, State, ZIP+4
Washington DC 20530

PS Form 3800, August 2006          See Reverse for Instructions

7013 2250 0001 5556 7441

AO 440 (Rev. 12/09)   Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

DANIEL A. LORBER

_____

*Plaintiff*

v.

U.S. DEPARTMENT OF THE TREASURY

_____

*Defendant*

)
)
)
)
)
)
)

**CV 14 - 00675**

Civil Action No.

SCANLON, M.J.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* U.S. DEPARTMENT OF THE TREASURY
1500 PENNSYLVANIA AVE NW WASHINGTON D.C. 20220

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  DANIEL A. LORBER
53 NORWAY AVE
STATEN ISLAND NY 10305

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____01/31/2014_____

_____
*Signature of Clerk or Deputy Clerk*



RECEIVED
JAN 3 1 2014
PRO SE OFFICE